## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: WALTER JEFFERY JAYNES and LISA M. JAYNES,<br><br>　　　　　　　　　　　　Debtor(s). | Case No. 10-10142 SAH<br>Chapter 7 |

### TRUSTEE'S REPORT OF DIVIDENDS UNDER $5.00

COMES NOW, L. Win Holbrook, Trustee of the above-captioned bankruptcy matter, Pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  33131-1605 | $4.94 |
| TOTAL: | $4.94 |

On June 1, 2011, a check made payable to the Court Clerk will be mailed along with a filed copy of this pleading. These proceeds are to be deposited into the courts unclaimed funds account.

Date:  June 1, 2011

/s/ L. Win Holbrook
L. Win Holbrook, (OBA #4284), Trustee
100 N. Broadway, Suite 3300
Oklahoma City, OK  73102
(405) 235-8735
wholbrook@andrewsdavis.com